Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Linda Hudson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA HUDSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>　　　　　Defendants. | Federal Case No.: 3:16-CV-06364-JD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　　IT IS HEREBY STIPULATED by and between plaintiff Linda Hudson and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

1  DATED: September 18, 2017          Sagaria Law, P.C.

2                                     By:  _____*/s/ Elliot W. Gale*_____
3                                               Elliot W. Gale
                                      Attorneys for Plaintiff
4                                     Linda Hudson

5
6  DATED: September 18, 2017          Nokes & Quinn
7

8                                     By:  _____*/s/ Thomas P. Quinn, Jr.*_____
                                                Thomas P. Quinn, Jr.
9                                     Attorneys for Defendant
10                                    Equifax, Inc.

11

12  I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13  Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

14  */s/ Elliot Gale*

15
                                **[PROPOSED]** ORDER
16
        Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each
17
    party shall bear its own attorneys' fees and costs.
18
        IT IS SO ORDERED.
19

20  DATED: September 21, 2017
                                      _____
21                                    JAMES DONATO
                                      UNITED STATES DISTRICT JUDGE
22

*APPROVED — Judge James Donato*

23

24

25

26

27

28

2
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER