Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Linda Hudson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA HUDSON, | Federal Case No.: 3:16-CV-06364-JD |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT TD BANK USA, N.A.; [PROPOSED] ORDER** |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Linda Hudson and defendant TD Bank USA, National Association ("TD Bank"), that TD Bank be dismissed from this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED: October 26, 2017          Sagaria Law, P.C.

                                 By: */s/ Elliot W. Gale*
                                        Elliot W. Gale
                                 Attorneys for Plaintiff
                                 Linda Hudson

DATED: October 26, 2017          . Barnes & Thornburg, LLP


                                 By: */s/ Brian Melendez*
                                        Brian Melendez
                                 Attorneys for Defendant
                                 TD Bank USA, National Association.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Brian Melendez has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, TD Bank is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

APPROVED
Judge James Donato

DATED: November 1, 2017          _____
                                 JAMES DONATO
                                 UNITED STATES DISTRICT JUDGE

2
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT TD BANK USA, NATIONAL ASSOCIATION; [PROPOSED] ORDER